03-23-2010 @ 03:32P

## ASSIGNMENT OF MORTGAGE

Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc., with a mailing address of P.O. Box 2026, Flint, MI 48501 ("Assignor"), the holder of a certain mortgage hereinafter mentioned, for consideration paid, the receipt whereof is hereby acknowledged, hereby assigns to BAC Home Loans Servicing, LP f/k/a Countrywide Home Loans Servicing, LP having an address of P.O. Box 5170 Simi Valley, CA 93065 ("Assignee") all Assignor's right, title and interest in and to the following:

Mortgage from Roger Whitworth and Kathleen Guevin Whitworth a/k/a Kathleen M. Guevin Whitworth a/k/a Kathleen M. Whitworth to Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc. dated February 25, 2008 and recorded at the Hampden County Registry of Deeds in Book 17177, Page 4.

The property is located at 57 Bonair Avenue, West Springfield, MA

Together with all the indebtedness currently due and to become due under the terms of any Promissory Note or evidence of indebtedness secured thereby.

To have and to hold the same unto the Assignee and to the successors, legal representatives and assigns of Assignee forever.

THIS ASSIGNMENT IS WITHOUT RECOURSE AND WITHOUT ANY REPRESENTATIONS OR WARRANTIES OF ANY KIND OR NATURE, EITHER EXPRESS OR IMPLIED IN FACT OR IMPOSED BY LAW.

IN WITNESS WHEREOF, the undersigned has caused this Assignment to be executed by its duly authorized representative this ____ day of __MAR 1 2 2010__, 2010.



Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc.

By: _____
Name: SANDRA WILLIAMS  Vice President
Its: _____

STATE OF __Texas__
COUNTY OF __Dallas__

On __MAR 1 2 2010__, 2010, personally appeared the above-named __SANDRA WILLIAMS__ of Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co. Inc., and he/she acknowledged the foregoing instrument to be his/her free act and deed in such capacity and the free act and deed of Mortgage Electronic Registration Systems, Inc. as nominee for Security Atlantic Mortgage Co, Inc., before me.

Notary Public Liliana Morcan
Printed Name:
My Commission Expires: OCT 2 1 2012


LILIANA MORCAN
My Commission Expires
October 21, 2012

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS

Shechtman, Halperin, Savage, LLP
1080 Main Street
Pawtucket, RI 02860

EN
ABC Service
P-O Box 11988
Santa Ana, CA. 92711-9826

Bk 19959 Pg119 #50460
08-06-2013 @ 01:08p

Prepared by: MARGARET MAGALLAN
101 S. MARENGO AVE, 4TH FLOOR
PASADENA, CA 91101
Phone#: (626) 486-3600
Signature: _____

Recording requested by:
BANK OF AMERICA N.A.
SUCCESSOR BY MERGER TO BAC
HOME LOANS SERVICING, LP FKA
COUNTRYWIDE HOME LOANS
SERVICING, LP

When recorded mail to:
TD SERVICE COMPANY
4000 W METROPOLITIAN DRIVE,
SUITE 400
ORANGE, CA 92868
Attn: JULIE KIDDER

## CORPORATION ASSIGNMENT OF MORTGAGE
Doc. ID# ▮
Commitment# ▮

For value received, the undersigned, BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP, 101 S MARENGO AVE., 4TH FLOOR, PASADENA, CA 91101, hereby grants, assigns and transfers to:
SECRETARY OF HOUSING AND URBAN DEVELOPMENT
451 7TH ST SW, WASHINGTON, D.C. 20410

All its interest under that certain Mortgage dated 2/25/08, executed by:
ROGER WHITWORTH and KATHLEEN GUEVIN WHITWORTH, Mortgagor as per MORTGAGE recorded as Instrument No. 12823 on 3/03/08 in Book 17177 Page 4 of official records in the County Recorder's Office of HAMPDEN County, MASSACHUSETTS.
Tax Parcel = ▮    WEST SPRINGFIELD CITY TAX COLLECTOR
Original Mortgage $204,471.00
57 BONAIR AVENUE, WEST SPRINGFIELD, MA 01089

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: JUL 15 2013

BANK OF AMERICA N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

By _____
MARIA QUEZADA, ASSISTANT VICE PRESIDENT

State of California
County of Los Angeles

On JUL 15 2013 before me, IRMA DIAZ, Notary Public, personally appeared MARIA QUEZADA, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
IRMA DIAZ

IRMA DIAZ
Commission # 1903988
Notary Public - California
Ventura County
My Comm. Expires Sep 13, 2014

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS



ROGER WHITWORTH    KASOTA

Bk 19973 Pg76 #52503
08-15-2013 a 10:30a

Prepared by: ELISEO ORTIZ
101 S MARENGO AVE, 4TH FLOOR
PASADENA, CA 91101
Phone#: (626) 486-3536

Signature: _____

Recording requested by:
SECRETARY OF HOUSING AND
URBAN DEVELOPMENT BY RBS
FINANCIAL PRODUCTS INC., ITS
ATTORNEY IN FACT

When recorded mail to:
RBS FINANCIAL PRODUCTS INC.
600 WASHINGTON BLVD
STAMFORD, CT 06901
Attn: ASSIGNMENT UNIT

CORPORATION ASSIGNMENT OF MORTGAGE
Doc. ID#
Commitment#

For value received, the undersigned, SECRETARY OF HOUSING AND URBAN DEVELOPMENT BY RBS FINANCIAL PRODUCTS INC., ITS ATTORNEY IN FACT, 451 7TH STREET S.W. WASHINGTON, D.C. 20410, hereby grants, assigns and transfers to:
RBS FINANCIAL PRODUCTS INC.
600 WASHINGTON BLVD STAMFORD, CT 09601

All its interest under that certain Mortgage dated 2/25/08, executed by:
ROGER WHITWORTH and KATHLEEN GUEVIN WHITWORTH, Mortgagor as per MORTGAGE recorded as Instrument No. 12823 on 3/03/08 in Book 17177 Page 4 of official records in the County Recorder's Office of HAMPDEN County, MASSACHUSETTS.
Tax Parcel = _____, WEST SPRINGFIELD CITY TAX COLLECTOR
Original Mortgage $204,471.00
57 BONAIR AVENUE, WEST SPRINGFIELD, MA 01089

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 7-19-2013    SECRETARY OF HOUSING AND URBAN DEVELOPMENT BY RBS FINANCIAL PRODUCTS INC., ITS ATTORNEY IN FACT
BY RMS ASSET MANAGEMENT, LLC, ITS ATTORNEY IN FACT

By _____
DAVID SKLAR, CFO

State of California
County of Orange

On 7-19-2013 before me, G. MELTON, Notary Public, personally appeared DAVID SKLAR, CFO, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
G. MELTON

G. MELTON
Commission # 1930083
Notary Public - California
Orange County
My Comm. Expires Mar 25, 2015

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS



ROGER WHITWORTH    KASOTA
GARR                RBS-PRIV

9

Bk 20274 Pg379 #20862
05-09-2014 a 11:25a

Prepared by: Greg Ochoa
18 Technology Dr., Ste 210
Irvine, CA 91618
Phone#: (310) 450-5858

~~Signature:~~ _____

Recording requested by:
RBS Financial Products Inc

When recorded mail to:
TD Service Company
4000 W METROPOLITAN DRIVE,
SUITE 400
ORANGE, CA 92868
Attn: Assignment Unit

**CORPORATION ASSIGNMENT OF MORTGAGE**

Loan#: ▮▮▮▮▮          Servicer# ▮▮▮▮▮
                              Record 1st

For value received, the undersigned, RBS Financial Products Inc having its address at 600 WASHINGTON BLVD., STAMFORD, CT 06901 hereby grants, assigns and transfers to:

GRA Legal Title Trust 2013-1, U.S. Bank, National Association, as Legal Title Trustee
60 Livingston Ave., EP-MN-WS3D, St. Paul, MN 55107

All its interest under that certain Mortgage dated 2/25/2008, executed by: Kathleen Guerin Whitworth and Roger Whitworth, Mortgagor as per MORTGAGE recorded as Instrument No. 12823 on 3/3/2008 in Book 17177 Page 4 of official records in the County Recorder's Office of Hampden County, MASSACHUSETTS.
Tax Parcel = ▮▮▮▮▮
Original Mortgage $204,471.00
57 BONAIR AVENUE, WEST SPRINGFIELD, MA 01089

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 2/3/2014          RBS Financial Products Inc
                         By RMS Asset Management, LLC, its Attorney-in-Fact

                         By: _____
                         Jack Getzelman, Chief Executive Officer

State of California
County of Orange

On 2/3/2014 before me, G. Melton, Notary Public, personally appeared Jack Getzelman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
G. Melton

[Notary Seal: G. MELTON, Commission # 1930083, Notary Public - California, Orange County, My Comm. Expires Mar 25, 2015]

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS

Bk 20274 Pg386 #20864
05-09-2014 @ 11:25a

Prepared by: Greg Ochoa
18 Technology Dr., Ste 210
Irvine, CA 91618
Phone#: (310) 450-5858

Signature: _____

Recording requested by:
GRA Legal Title Trust 2013-1,
U.S. Bank, National Association,
as Legal Title Trustee

When recorded mail to:
TD Service Company
4000 W METROPOLITAN DRIVE,
SUITE 400
ORANGE, CA 92868
Attn: Assignment Unit

CORPORATION ASSIGNMENT OF MORTGAGE

Loan#: ▮▮▮▮                                              Servicer# ▮▮▮▮
                                                          Record 2nd

For value received, the undersigned, GRA Legal Title Trust 2013-1, U.S. Bank, National Association, as Legal Title Trustee having its address at 60 Livingston Ave., EP-MN-WS3D, St. Paul, MN 55107 hereby grants, assigns and transfers to:

GMAT Legal Title Trust 2013-1, U.S. Bank, National Association, as Legal Title Trustee
60 Livingston Ave., EP-MN-WS3D, St. Paul, MN 55107

All its interest under that certain Mortgage dated 2/25/2008, executed by: Kathleen Guerin Whitworth and Roger Whitworh, Mortgagor as per MORTGAGE recorded as Instrument No. 12823 on 3/3/2008 in Book 17177 Page 4 of official records in the County Recorder's Office of Hampden County, MASSACHUSETTS.

Tax Parcel = ▮▮▮▮
Original Mortgage $204,471.00
57 BONAIR AVENUE, WEST SPRINGFIELD, MA 01089

Together with the Note or Notes therein described or referred to, the money due and to become due thereon with interest, and all rights accrued or to accrue under said Mortgage.

Dated: 2/15/2014

GRA Legal Title Trust 2013-1, U.S. Bank, National Association, as Legal Title Trustee
By RMS Asset Management, LLC, its Attorney-in-Fact

By: _____
Jack Getzelman, Chief Executive Officer

State of California
County of Orange

On 2/15/2014 before me, G. Melton, Notary Public, personally appeared Jack Getzelman, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

Witness my hand and official seal.

Signature: _____
G. Melton

G. MELTON
Commission # 1930083
Notary Public - California
Orange County
My Comm. Expires Mar 25, 2015

9
ROGER WHITWORTH          KASOTA
GARR                     GMAT20131-PRIV

DONALD E. ASHE, REGISTER
HAMPDEN COUNTY REGISTRY OF DEEDS