**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION**

| | |
|---|---|
| In re<br><br>Kathleen Guevin,<br><br>    Debtor | Chapter 7<br>Case No. 18-30765-EDK |

**CHAPTER 7 TRUSTEE'S APPLICATION TO RETAIN BK GLOBAL REAL ESTATE
SERVICES, LLC AND RIGHT KEY REALTY INC. TO PROCURE CONSENTED
PRIVATE SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330**

Now comes STEVEN WEISS, Chapter 7 Trustee (the "Trustee") for the above

referenced bankruptcy estate of Kathleen Guevin & (the "Debtor"), by and through the undersigned

counsel, files this Application for entry of an order, substantially in the form attached hereto as

*Exhibit A*, authorizing employment of (1) BK Global Real Estate Services ("BKRES") under the

terms set forth in the agreement (the "BKRES Agreement") attached to BKRES' Affidavit of

Disinterestedness at *Exhibit B* (the "BKRES Affidavit") and (2) Right Key Realty Inc. ("Listing

Agent") under the terms of the agreement (the "Listing Agreement") attached to Listing Agent's

Affidavit of Disinterestedness at *Exhibit C* (the "Listing Agent Affidavit"). In support thereof, the

Trustee respectfully states as follows:

PRELIMINARY STATEMENT

Trustee requests approval to retain BKRES and Listing Agent, at no cost to the estate,

to negotiate with and persuade the first lienholder on certain real property in which the estate has no

equity to (1) allow Trustee to sell such property at the highest price that the market will bear,

(2) waive the resulting deficiency claim and (3) pay a 11 U.S.C. § 506 surcharge to provide a carve

out for the benefit of the estate and pay all other sale expenses, including a 6% brokerage commission

that will be shared equally by BKRES and Listing Agent, with such compensation to be subject to further order of this Court.

BKRES and its affiliates have proprietary technology and a national team of experienced loan servicing specialists, asset managers, negotiators, trustee relation managers, real estate brokers and agents, closing specialists and attorneys with extensive experience in procuring the consent of mortgage lenders and servicers to sell over-encumbered properties and provide significant cash recoveries to selling estates with no equity, through the Consented Sale™ process described herein.

The proposed agreements are attached and provide that BKRES and Listing Agent will not be entitled to any compensation from the estate whatsoever under any circumstances. They will only receive and share a customary brokerage commission that is paid by secured creditor as a 11 U.S.C. § 506 surcharge approved by this Court.

The Trustee (1) believes that hiring BKRES and Listing Agent to pursue a Consented Sale™ will likely result in secured creditor paying a carve out for the benefit of the estate with proceeds from the private sale of an asset in which the estate has no equity and (2) expects to obtain secured creditor's agreement to a Consented Sale™, and bring a separate motion seeking this Court's approval of the procedures, terms and conditions by which the over-encumbered property will be sold, within the coming months.

## JURISDICTION

1.      This Court has jurisdiction to consider this Application pursuant to 28 U.S.C. §§ 157 and 1334.  This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2)(A), (M), (N), and (O).

2.      Venue is proper before this Court pursuant to 28 U.S.C. §§1408 and 1409.

## BACKGROUND

3. On September 10, 2018 the Debtor commenced this case by filing a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code.

4. Thereafter, the Trustee was appointed as the Chapter 7 trustee in this case.

5. The 341 meeting is scheduled to be conducted on November 6, 2018.

6. The Debtor is the sole owner of real property located at 57 Bonaire Ave West Springfield, MA 01089 (the "Property").

7. The Debtor's schedules reflect that the Property is subject to a first mortgage lien (the "Senior Mortgage") serviced by Specialized Loan Servicing, LLC (the "Secured Creditor"). Pursuant to a motion for relief from stay filed by GMAT Legal Trust 2013-1[1], the balance owed is approximately $375,000, and the property has a value of approximately $229,000.00.

8. The Trustee, after reviewing certain materials, including (without limitation) the BK Score™[2], sales analysis report and opinion of value for the Property provided by BKRES and Listing Agent, has determined it to be in the best interest of the Debtor's estate and all creditors to negotiate to obtain Secured Creditor's agreement and consent ("Consent") to:

    a. sell the Property to whichever third party Trustee determines to have made the best qualified offer during a public sale approved by the Court;

    b. buy the Property from the Debtor's estate if (and only if) no such offer is made;

    c. release the Senior Mortgage and otherwise waive all of its claims against the estate with respect to the Property (including any deficiency claims resulting from the proposed sale); and

---

[1] The Trustee has filed an opposition to the motion.
[2] The BK Score™ is a 100-point rating that is generated by a proprietary algorithm from 10 unique property attributes in order to consistently measure sales confidence and predict market value.

d. agree to a 11 U.S.C. § 506 surcharge to pay all of the expenses associated with the proposed sale, including the payment of a 6% real estate brokerage commission to BKRES and Listing Agent and reimbursement of their out-of-pocket expenses, and provide a carve out for the benefit of allowed unsecured creditors of the Debtor's estate.

9. Trustee expects BKRES and Listing Agent to obtain Secured Creditor's Consent and the Trustee will bring a separate motion seeking an order approving the sale of the Property (the "Motion to Approve Sale") upon receipt of an acceptable offer.

10. By this Application, the Trustee requests authority pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code to (a) retain BKRES and Listing Agent to procure Secured Creditor's Consent, and (b) approve Secured Creditor's payment of the fees described below directly to BKRES and Listing Agent at closing of the sale of the Property, if and when the Consent and Motion to Approve Sale are granted, with allowance such compensation to be subject to further order of this Court.

## APPLICATION

11. Section 328(a) of the Bankruptcy Code provides, in relevant part, that a debtor "with the court's approval, may employ or authorize the employment of a professional person under section 327...on any reasonable terms and conditions of employment, including on a retainer, on an hourly basis, on a fixed percentage or fee basis, or on a contingent fee basis." 11 U.S.C. § 328(a). Section 330 of the Bankruptcy Code permits the Court to "award to a trustee... or a professional person employed under section 327...(A) reasonable compensation for actual, necessary services rendered [by such party]... and (B) reimbursement for actual, necessary expenses." 11 U.S.C. § 330(a)(1).

4

12.    As further described in the materials attached to their affidavits, BKRES[3] and Listing Agent have extensive experience obtaining the consent and agreement of mortgage lenders and servicers to the sale of their collateral and resolution of any resulting unsecured claims in order to produce a recovery for estates from over-encumbered assets in which the estate has no equity.

13.    The Trustee believes that the highest and best value for the Property will be generated through a sale in which the Property is widely marketed to the public and offered at the highest price that the market will bear.  The Trustee further believes that such a sale is in the best interest of the Debtor's estate, but can only be achieved if Secured Creditor's Consent is first obtained.  That is why the Trustee believes that retaining BKRES and Listing Agent to obtain Secured Creditor's Consent is in the best interests of the Debtor's estate.

14.    In no event will the estate have any obligation to pay BKRES or Listing Agent.  The terms of the BKRES Agreement and Listing Agreement provide that BKRES and Listing Agent are only entitled to payment if and when (a) Secured Creditor grants its Consent, (b) the Motion to Approve Sale is granted and (c) the Property is sold, in which event BKRES and Listing Agent will receive and share a 6% real estate brokerage commission at closing in accordance with the order approving the sale.

15.    BKRES and Listing Agent will not be entitled to any fees if Secured Creditor does not grant its Consent or the Court does not grant the Motion to Approve Sale.

16.    The Trustee submits that the terms of employment and compensation as set out in the BKRES Agreement and Listing Agreement are reasonable in light of the extensive experience of BKRES and Listing Agent and the nature of the services they provide.

---

[3] BKRES is the broker affiliate of BK Global (http://www.bkginc.com/).

17.     BKRES attested that it is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(a). Attached hereto as *Exhibit B* is an Affidavit of Disinterestedness of BKRES. BKRES also attests, pursuant to Bankruptcy Rule 2016, that it shall not split or share its fee with any individual or entity other than Listing Agent.

18.     Listing Agent attested that it is a disinterested person within the meaning of Section 101(14) of the Bankruptcy Code and Federal Rules of Bankruptcy Procedure 2014 and 2016(a). Attached hereto as *Exhibit C* is an Affidavit of Disinterestedness of Listing Agent. Listing Agent also attests, pursuant to Bankruptcy Rule 2016, that it shall not split or share its fee with any individual or entity other than BKRES.

## CONCLUSION

For the foregoing and all other necessary and proper purposes, the Trustee seeks the Court's authority to retain BKRES and Listing Agent in this case, and requests that the Court approve the compensation arrangements set forth in the BKRES Agreement and Listing Agreement pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code.

Dated this 12th day of October, 2018

STEVEN WEISS, TRUSTEE

By:     ___/S/ Steven Weiss_____
Steven Weiss, Esquire
BBO # 545619
Shatz, Schwartz and Fentin, P.C.

1441 Main Street, Suite 1100
Springfield MA  01103
(413) 737-1131
sweiss@ssfpc.com

EXHIBIT A

| | |
|---|---|
| **In re** | **Chapter 7** |
| | **Case No. 18-30765-EDK** |
| **Kathleen Guevin,** | |
| **Debtor** | |

## ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330 OF THE PROPERTY

Upon the Notice and Application of STEVEN WEISS, the trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Steven Al-Husseini to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application") [Docket No. ], the Court having reviewed and considered the Notice, Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of Debtor and the creditors the Court hereby FINDS that:

A.      The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B.      Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C.      Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.      The Application is hereby GRANTED.

2.      Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3.      The Trustee is authorized to retain and compensate BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014

7

and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing

Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees

with any other person or entity.

4.      BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy

Code Section 101(14).

5.      BKRES and Listing Agent shall be compensated in accordance with the BKRES

Agreement and Listing Agreement, respectively, with allowance of all fees and expenses subject to

further order of this Court.

6.      Notice of the Application was adequate and proper.

7.      This Court shall retain jurisdiction to hear and determine all matters arising from or

related to the implementation of this Order.

ELIZABETH D. KATZ

Bankruptcy Judge

## EXHIBIT B

## BKRES AFFIDAVIT OF DISINTERESTEDNESS

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re <br><br> Kathleen Guevin <br><br><br> Debtor | Chapter 7 <br> Case No. 18-30765-MSH |

**DECLARATION OF PATRICK BUTLER IN SUPPORT OF APPLICATION**
**TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND RE/MAX IGNITE TO**
**PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. § 327, 328 AND 330**

The undersigned, Patrick Butler ("Declarant") hereby states:

1.     I am employed by BK Global Real Estate Services ("Applicant" or "BKRES"), which is an entity duly licensed as a real estate brokerage by the State of Florida located at 1095 Broken Sound Parkway, N.W., Suite 100, Boca Raton, FL 33487. I am Applicant's broker-in-charge and am authorized by Applicant to submit this Declaration on Applicant's behalf in support of the annexed Application to Retain BKRES and in accordance with Bankruptcy Rule 2014.

2.     Based upon the information discussed below, I believe that Applicant is a disinterested person and does not hold or represent any interest adverse to the interest of the Debtor's estate as that term is defined in Section 101(14) of the Bankruptcy Code.

3.     To the best of my knowledge: (a) neither BKRES nor any of its employees has any connection with the Debtor, its creditors in this case, the Chapter 7 Trustee, the Office of the United States Trustee, or any employees thereof or any party in interest herein; (b) BKRES and each of its employees are "disinterested persons," as that term is defined in Section 101(14)

1

of the Bankruptcy Code; and (c) neither BKRES nor any of its employees hold or represent an interest adverse to the Debtor's estate.

3.    A description of the qualifications of, and services provided by, BKRES is attached as <u>Schedule 1</u>.

4.    That I have read the application of the Trustee regarding the retention and compensation of BKRES and agreed to be bound by the terms and conditions represented therein.

5.    That I further understand that the Court, in its discretion, may alter the terms and conditions of employment and compensation, as fully set forth in the BKRES Agreement that is attached as <u>Schedule 2</u> hereto, as it deems appropriate.

Verified under penalty of perjury that the foregoing is true and correct this 28 day of September, 2018.

Patrick Butler
Broker-in-Charge

The foregoing instrument was sworn to and subscribed before me this 28th day of September, 2018, by Patrick Butler who provided identification or is personally known to me and who did take an oath.

NOTARY PUBLIC

Notary Public, State of Florida

My Commission Expires



Notary Public State of Florida
Lyda Castro
My Commission FF 905572
Expires 08/03/2019

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re<br><br>**Kathleen Guevin**<br><br><br>**Debtor** | **Chapter 7**<br>**Case No. 18-30765-MSH** |

## DECLARATION RE: RELECTRONIC FILING

PART I – DECLARATION OF PETITIONER

 I  **Patrick Butler** *hereby declare(s) under penalty of perjury* that all of the information contained in my **AFFIDAVIT IN SUPPORT OF APPLICATION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RE/MAX IGNITE** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

 I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: _9/28/18_ Signed: _____
          (Affiant)

17 0007 Dec.broker.Hall.1601

7

## SCHEDULE 1

## STATEMENT OF QUALIFICATIONS AND SERVICES OF BKRES

### BK Global™

BK Global™ is a national company with a bankruptcy service platform containing a network of certified BK real estate Brokers and Agents, a national marketplace for listing and submitting bankruptcy real estate purchase offers (www.bkglistings.com), and a centralized team of loan servicing specialist that enable Federal Trustees to streamline and manage their real estate needs most effectively for the benefit of the bankruptcy estate and unsecured creditors. By integrating its unique services and implementing its proprietary tools, BK Global is poised to create industry standards and efficiencies.

### Consented Sale™

A Consented Sale™ is an "enhanced" agreement between all requisite stakeholders, the most important being the lender/servicer, of a residential or commercial property for less than what the owner still owes on the mortgage. A Consented Sale™ is a beneficial alternative to foreclosure when a homeowner needs to sell and can no longer afford to make their mortgage payments. The lender agrees to accept less than the amount owed to pay off a loan now rather than taking the property back by foreclosure and trying to sell it later. Lenders agree to a Consented Sale™ because they believe it will net them more money than going forward with a lengthy and costly foreclosure process.

### BK Score™

BK Score™ is generated from a finite set of data points in a prescribed sequence to achieve a resulting score between the values of 1 and 100. The BK Score™ is shared with trustees, servicers, courts, and software management platforms and indicates the likelihood that an asset in a bankruptcy is qualified for consented disposition. The higher the BK Score™ there is a better chance to sell the property. In addition to the presented scores, BK Global provides the trustee a solution to sell the asset which maximizes the benefit to the estate. BK Global™ is at the forefront of creating new industry standards for trustee services.

To consistently measure and predict market value of real estate assets nationally, in an ever changing and fluid real estate market, it is important to have a well-defined methodology that explains how values are derived. The BK Score™ uses multiple data points to predict sales confidence compared to the limited local market inputs used by real estate brokers who are not certified in short sales. BK Score™ incorporates a number of unique methodology questions that include the data points listed below.

**Highlighted BK Score™ Data Points**

- Asset Value / Liabilities / Liens
- Judicial / Non-judicial State Analysis
- Pro Se (Professional Legal Representation)
- Title Search
- Statement of Intent by Debtor
- Foreclosure Timeline Analysis
- Redemption Period Analysis
- Community / Non-community Asset
- Asset Valuation Model (AVM)

## BK Score™ Core Benefits

**Increased Confidence of a Consented Short Sale** – BK Score™ gives lenders, servicers and real estate professionals more precise information on which to determine baseline sales values to achieve a successful consented short sale.

**Accelerates the Short Sale Decision Process** – Technology that utilizes scoring systems allows lenders/servicers to make instant valuation and sales consent decisions. This is notable as applications for consented sale of property can be approved by lenders/servicers in hours rather than weeks for sales values which score above a lender's score cutoff.

**Reduces Risk of Completing a Cooperative Short Sale** – There are certain barriers to a short sale. Servicers are frequently wary of short sale offers because of concerns that they are settling the debt at too low a price. Greater probability that servicers will consent to a short sale is made possible thanks to BK Score™. The BK Score™ empowers any lender/servicer to quickly set a cut off price and begin the short sale process, without time-consuming phone calls, faxed documents, or any effort from the agent or trustee.

**Increases Transaction Transparency** – BK Global™ is integrated with most major lender/servicers nationally. The BK Score™, which has revolutionized the default servicing industry, helps servicers select and execute optimal baseline valuations based on measurable guidelines while driving efficiency, fostering transparency and facilitating compliance. With the use of BK Score™ agents and trustees can quickly collaborate and determine an appropriate list price that allow agents to begin pursuing sales offers with confidence.

The BK Score™ algorithm has been developed by industry experts that have over 30 years of experience in Distressed Real Estate and Bankruptcy Sales. To date, over 2 years of bankruptcy assets have been analyzed and scored using the BK Global Scoring system. BK Score™ is a trademark pending registration with the US Trademark and Patent Office.

4

## SCHEDULE 2

**AGREEMENT BETWEEN BKRES AND THE CHAPTER 7 TRUSTEE**

[Attached]



MASSACHUSETTS ASSOCIATION of REALTORS'

## EXCLUSIVE AGENCY LISTING AGREEMENT #692

I/We  Steven Weiss, BK Trustee for the estate of Kathleen Guevin                                          ("OWNER"), hereby grant to
Steven Al-Husseini with Right Key Realty Inc                                          , a real estate broker licensed under the laws
of the Commonwealth of Massachusetts ("BROKER"), the EXCLUSIVE AGENCY to sell the property described as
57 Bonair Ave West Springfield, MA 01089

| and recorded in the Hampden | County Registry Of Deeds |
|---|---|

at Book 17177          , Page 2          ("PROPERTY") on the following terms and conditions:

1. **Owner's Duties And Representations.** The BROKER is granted the right to sell the PROPERTY, as the OWNER'S exclusive agent, during the term of the Agreement and to cooperate in marketing the PROPERTY, including completing UFFI, lead paint (for residences built before 1978) and other forms. If the PROPERTY is sold to a buyer procured by the BROKER the fee described in paragraph 4 shall be due. The OWNER reserves the right to sell the PROPERTY himself during the Listing Period without owing a fee. If the OWNER places the PROPERTY under agreement with a Buyer, the OWNER shall notify the BROKER promptly. The BROKER is authorized, but is not required: (a) to offer compensation to other licensed brokers as subagents of OWNER, buyer's agents or otherwise; (b) to place a listing for the PROPERTY in any multiple listing service; (c) to place a sign on the PROPERTY; (d) to photograph and advertise the PROPERTY in such media as the BROKER may select; and (e) to place a lock box on the PROPERTY. The OWNER authorizes the BROKER to disclose to prospective buyers all information about the PROPERTY provided to the BROKER by the OWNER, all of which the OWNER represents to be accurate. **The OWNER acknowledges receipt of an agency disclosure form and, according to the Code of Ethics and Standards of Practice of the National Association of REALTORS®**, has been advised of (1) the broker's general company policies regarding cooperation with and compensation to subagents, buyer's agents and other licensees; (2) the fact that a buyer's agent, even if compensated by the listing broker or seller will represent the interest of the buyer; and (3) any potential for the listing broker to act as a disclosed dual agent on behalf of the seller and buyer. The OWNER agrees to comply with all applicable fair housing laws.

2. **Listing Price.** The listing price for the PROPERTY shall be _____ dollars or such other price and terms as the OWNER may approve.

3. **Listing Period.** This Agreement shall begin on _____ and end on _____ and may be extended by agreement.

4. **Broker's Fee.** If within the term of this Agreement or any extension the PROPERTY is sold to a buyer introduced by the BROKER or the BROKER procures a buyer who is ready, willing and able to buy at a price and on the terms set forth herein or on such other price and terms as the OWNER may agree, the BROKER shall be due a fee of 6_____ percent of the purchase price, whether or not the transaction is completed or title passes. Said fee shall be paid at the time set for closing and may be deducted from amounts held as escrow agent. The aforesaid fee shall be due upon sale within 0_____ months after expiration of this Agreement or any extension to any person who is introduced to the PROPERTY during the aforesaid term or any extension, except if the OWNER has entered into an exclusive agreement with another broker in good faith, in which case the BROKER shall be entitled to receive only the difference between the fee set forth herein and any lesser fee paid to the other broker. If any deposit is retained by the OWNER as liquidated damages for default by the buyer under any agreement for sale of the PROPERTY, the BROKER shall be due one-half (1/2) of the amount so retained, but not more than an amount equal to the full commission that would have been paid to BROKER if a sale had been completed.

5. **Broker's Duties.** The Broker agrees to use reasonable efforts in marketing the PROPERTY and agrees to list the PROPERTY with the MLS PIN _____ multiple listing service. The BROKER shall have no obligation to continue to market the PROPERTY after an offer has been accepted and while a transaction is pending. The BROKER is not hired as a property inspector, septic inspector, surveyor, tax advisor or attorney and if such services are desired, OWNER should hire professionals.

6. **Additional Terms.** This Listing Agreement and any sale of the property is subject to and conditioned upon approval by the United States Bankruptcy Court.

Dated: _____

_____            dotloop verified
Steven Al-Husseini                          10/02/18 12:29PM EDT
                                            SNYP-V4YG-7MMC-PXJ1
**BROKER or Authorized Representative**            **OWNER or Authorized Representative**

MASSFORMS™            ©1999, 2000 MASSACHUSETTS ASSOCIATION OF REALTORS®            7.05.00/160352
Statewide Standard Real Estate Forms
This form is in use by:
Use by anyone other than a participant in the transaction is strictly prohibited.            Form No. 692

## PROPERTY TRANSFER NOTIFICATION CERTIFICATION

This form is to be signed by the prospective purchaser before signing a purchase and sale agreement or a memorandum of agreement, or by the lessee-prospective purchaser before signing a lease with an option to purchase for residential property built before 1978, for compliance with federal and Massachusetts lead-based paint disclosure requirements.

**Required Federal Lead Warning Statement:**
Every purchaser of any interest in residential property on which a residential dwelling was built prior to 1978 is notified that such property may present exposure to lead from lead-based paint that may place young children at risk of developing lead poisoning. Lead poisoning in young children may produce permanent neurological damage, including learning disabilities, reduced intelligence quotient, behavioral problems and impaired memory. Lead poisoning also poses a particular risk to pregnant women. The seller of any interest in residential real property is required to provide the buyer with any information on lead-based paint hazards from risk assessments or inspections in the seller's possession and notify the buyer of any known lead-based paint hazards. A risk assessment or inspection for possible lead-based paint hazards is recommended prior to purchase.

**Seller's Disclosure**
(a) Presence of lead-based paint and/or lead-based paint hazards (check (i) or (ii) below):
    (i)_____ Known lead-based paint and/or lead-based paint hazards are present in the housing (explain).

    (ii) ☑ Seller has no knowledge of lead-based paint and/or lead-based paint hazards in the housing.
(b) Records and reports available to the seller (check (i) or (ii) below):
    (i)_____ Seller has provided the purchaser with all available records and reports pertaining to lead-based paint and/or lead-based paint hazards in the housing (circle documents below).
Lead Inspection Report; Risk Assessment Report; Letter of Interim Control; Letter of Compliance
    (ii) ☑ Seller has no reports or records pertaining to lead-based paint and/or lead-based paint hazards in the housing.

**Purchaser's or Lessee Purchaser's Acknowledgment (initial)**
(c) _____ Purchaser or lessee purchaser has received copies of all documents circled above.
(d) _____ Purchaser or lessee purchaser has received no documents.
(e) _____ Purchaser or lessee purchaser has received the Property Transfer Lead Paint Notification.
(f) _____ Purchaser or lessee purchaser has (check (i) or (ii) below):
    (i)_____ received a 10-day opportunity (or mutually agreed upon period) to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards; or
    (ii)_____ waived the opportunity to conduct a risk assessment or inspection for the presence of lead-based paint and/or lead-based paint hazards.

**Agent's Acknowledgment (initial)**
(g) | 10/02/18 | Agent has informed the seller of the seller's obligations under federal and state law for lead-based paint disclosure and notification, and is aware of his/her responsibility to ensure compliance.
(h) _____ Agent has verbally informed purchaser or lessee-purchaser of the possible presence of dangerous levels of lead in paint, plaster, putty or other structural materials and his or her obligation to bring a property into compliance with the Massachusetts Lead Law -- either through full deleading or interim control -- if it was built before 1978 and a child under six years old resides or will reside in the property.

**Certification of Accuracy**
The following parties have reviewed the information above and certify, to the best of their knowledge, that the information they have provided is true and accurate.

| Steven Weiss, BK Trustee for the estate of Kathleen Guevin | | | |
| --- | --- | --- | --- |
| Seller | Date | Seller | Date |
| | | | |
| Purchaser | Date | Purchaser | Date |
| *Steven W. Massini* dotloop verified<br>10/02/18 11:46AM EDT<br>HPPK-IYUW-KBIX-CEWE | | | |
| Agent | Date | Agent | Date |

CLPPP Form 94-3, 6/30/94, Rev. 9/02

57 Bonaire Ave West Springfield, MA 01089



# *Commonwealth of Massachusetts*

## BOARD OF REGISTRATION OF REAL ESTATE BROKERS AND SALESPERSONS

### www.mass.gov/dpl/boards/re

## MASSACHUSETTS MANDATORY REAL ESTATE LICENSEE-CONSUMER RELATIONSHIP DISCLOSURE
### THIS IS NOT A CONTRACT

> This disclosure is provided to you, the consumer, by the real estate licensee listed in this disclosure.

### THE TIME WHEN THE REAL ESTATE LICENSEE MUST PROVIDE THIS NOTICE TO THE CONSUMER:

All real estate licensees must present this form to you at the first personal meeting with you to discuss a specific property. In the event this relationship changes, an additional disclosure must be provided and completed at that time.

### CONSUMER INFORMATION AND RESPONSIBILITY:

If you are a buyer or seller, you can engage a real estate licensee to provide advice, assistance and representation to you as your agent. The real estate licensee can represent you as the seller (Seller's Agent) or represent you as the buyer (Buyer's Agent), or can assist you as a Facilitator.

All real estate licensees, regardless of the working relationship with a consumer must, by law, present properties honestly and accurately, and disclose known material defects in the real estate.

The duties of a real estate licensee do not relieve consumers of the responsibility to protect their own interests. If you need advice for legal, tax, insurance, zoning, permitted use, or land survey matters, it is your responsibility to consult a professional in those areas. Real estate licensees do not and cannot perform home, lead paint, or insect inspections, nor do they perform septic system, wetlands or environmental evaluations.

Do not assume that a real estate licensee works solely for you unless you have an agreement for that relationship.

> For more detailed definitions and descriptions about real estate relationships, please see page 2 of this disclosure.

### THE SELLER OR BUYER RECEIVING THIS DISCLOSURE IS HEREBY ADVISED THAT THE REAL ESTATE LICENSEE NAMED BELOW IS WORKING AS A:

Check one:  ☑ Seller's agent   ☐ Buyer's agent   ☐ Facilitator

*If seller's or buyer's agent is checked above, the real estate licensee must complete the following section:*

Check one: ☐ **Non-Designated Agency** | ☑ **Designated Agency**
The real estate firm or business listed below and all other affiliated agents are also working as the agent of the ☐ Seller ☐ Buyer | Only the licensee named herein represents the ☑ Seller ☐ Buyer (designated seller agency or designated buyer agency). In this situation any other agents affiliated with the firm or business listed below do not represent you and may represent another party in your real estate transaction.

By signing below, I the real estate licensee acknowledge that this disclosure has been provided to the consumer named herein:

| | | | |
|---|---|---|---|
| *Steven Al-Husseini* dotloop verified 10/02/18 11:46AM EDT LYBV-ZADY-LGAO-P98X | Steven Al-Husseini          9558924 | ☑ Broker ☐ Salesperson | |
| *Signature of Real Estate Licensee* | *Printed Name of Real Estate Licensee*   *License #* | | *Today's Date* |
| Right Key Realty Inc | 422733 | | |
| *Name Real Estate Brokerage Firm* | *Brokerage Firm Real Estate License #* | | |
| | Steven Weiss, BK Trustee for the estate of Kathleen Guevin | ☐ Buyer ☐ Seller | |
| *Signature of Consumer* | *Printed Name of Consumer* | | *Today's Date* |
| | | ☐ Buyer ☐ Seller | |
| *Signature of Consumer* | *Printed Name of Consumer* | | *Today's Date* |

☐ Check here if the consumer declines to sign this notice.

*Last Revised: January 24, 2017*

# TYPES OF AGENCY REPRESENTATION

## SELLER'S AGENT

A seller can engage the services of a real estate licensee to act as the seller's agent in the sale of the seller's property. This means that the real estate agent represents the seller, who is a client. The agent owes the seller client undivided loyalty, reasonable care, disclosure, obedience to lawful instruction, confidentiality and accounting. The agent must put the seller's interests first and attempt to negotiate price and terms acceptable to their seller client. The seller may authorize sub-agents to represent him/her in marketing its property to buyers, however the seller should be aware that wrongful action by the real estate agent or sub-agents may subject the seller to legal liability for those wrongful actions.

## BUYER'S AGENT

A buyer can engage the services of a real estate licensee to act as the buyer's agent in the purchase of a property. This means that the real estate agent represents the buyer, who is a client. The agent owes the buyer client undivided loyalty, reasonable care, disclosure, obedience to lawful instruction, confidentiality and accounting. The agent must put the buyer's interests first and attempt to negotiate price and terms acceptable to their buyer client. The buyer may also authorize sub-agents to represent him/her in purchasing property, however the buyer should be aware that wrongful action by the real estate agent or sub-agents may subject the buyer to legal liability for those wrongful actions.

## (NON-AGENT) FACILITATOR

When a real estate licensee works as a facilitator that licensee assists the seller and/or buyer in reaching an agreement but does not represent either the seller or buyer in the transaction. The facilitator and the broker with whom the facilitator is affiliated, owe the seller and buyer a duty to present all real property honestly and accurately by disclosing known material defects and owe a duty to account for funds. Unless otherwise agreed, the facilitator has no duty to keep information received from a seller or buyer confidential. Should the seller and/or buyer expressly agree, a facilitator relationship can be changed to a seller or buyer client relationship with the written agreement of the person so represented.

## DESIGNATED SELLER'S AND BUYER'S AGENT

A real estate licensee can be designated by another real estate licensee (the appointing or designating agent) to represent a buyer or seller, provided the buyer or seller expressly agrees to such designation. The real estate licensee once so designated is then the agent for that buyer or seller who becomes the agent's client. The designated agent owes the buyer client or seller client, undivided loyalty, reasonable care, disclosure, obedience to lawful instruction, confidentiality and accounting. The agent must put their client's interests first, and attempt to negotiate price and terms acceptable to their client. No other licensees affiliated with the same firm represent the client unless otherwise agreed upon by the client. In situations where the appointing agent designates another agent to represent the seller and an agent to represent the buyer in the same transaction, then the appointing agent becomes a dual agent. Consequently, a dual agent cannot fully satisfy the duties of loyalty, full disclosure, obedience to lawful instructions, which is required of a seller or buyer agent. Only your designated agent represents your interests. Written consent for designated agency must be provided before a potential transaction is identified, but in any event, no later than prior to the execution of a written agreement for purchase or sale of residential property. The consent must contain the information provided for in the regulations of the Massachusetts Board of Registration of Real Estate Brokers and Salespeople (Board). A sample consent to designated agency is available at the Board's website at www.mass.gov/dpl/re.

## ~~DUAL AGENT~~

~~A real estate licensee may act as a dual agent representing both the seller and the buyer in a transaction but only with the express and informed written consent of both the seller and the buyer. A dual agent shall be neutral with regard to any conflicting interest of the seller and buyer. Consequently, a dual agent cannot satisfy fully the duties of loyalty, full disclosure, obedience to lawful instructions, which is required of a seller or buyer agent. A dual agent does, however, still owe a duty of confidentiality of material information and accounting for funds. Written consent for dual agency must be provided before a potential transaction is identified, but in any event, no later than prior to the execution of a written agreement for purchase or sale of residential property. The consent must contain the information provided for in the regulations of the Massachusetts Board of Registration of Real Estate Brokers and Salespeople (Board). A sample consent to dual agency is available at the Board's website at www.mass.gov/dpl/re.~~

*Last Revised: January 24, 2017*

## EXHIBIT C

### Steven Al-husseini, RE/MAX IGNITE
### AFFIDAVIT OF DISINTERESTEDNESS

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
WESTERN DIVISION

In re:                                    Case No. 18-30765
                                          Chapter 7
Kathleen Guevin


_____   Debtors          /_____

**AFFIDAVIT OF STEVEN AL-HUSSEINI IN SUPPORT OF APPLICATION
TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY
REALTY TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11
U.S.C. § 327, 328 AND 330**

STATE OF MASSACHUSETTS        )
                              )
COUNTY OF Hampden             )

          Steven Al-husseini, being duly sworn, says:

          1.      I am a real estate agent duly licensed by the State of Massachusetts.

          2.      I am an agent of RIGHT KEY REALTY a Massachusetts Corporation, with corporate offices located at 238 Parkerview St., Springfield, MA 01129 ("Listing Agent").

          3.      I am familiar with the Application to Retain RIGHT KEY REALTY, filed by the Trustee ("Application") and the property described therein.

          4.      I believe that I am experienced and qualified to represent the Trustee in connection with the marketing and sale of the real property located at 57 Bonaire Ave, West Springfield, MA 01089 (the "Property").

          5.      RIGHT KEY REALTY has agreed to accept employment pursuant to the terms and conditions set forth in the Application and the proposed commission structure. Based upon my experience and knowledge of the real estate market, I believe that the commission structure proposed to be paid to Listing Agent does not exceed customary commissions in the applicable geographical area and are reasonable for the type of employment proposed.

1

6.      Neither I nor any member of RIGHT KEY REALTY hold or represent any interest adverse to the estate with respect to the matters for which we are to be employed and we are disinterested persons within the meaning of 11 U.S.C. § 101(14), as required by § 327(a).

7.      To the best of my information and belief, neither I nor the other members of this firm have any connection with the Debtors, their creditors, or any other party in interest or their respective attorneys or accountants, the U. S. Trustee, or any person employed in the office of the U.S. Trustee, as required by Rule 2014 of the Federal Rules of Bankruptcy procedure except as set forth below.

8.      I represent no interest adverse to the Debtors or its estate in the matters upon which I am to be engaged.

FURTHER AFFIANT SAYETH NAUGHT.

Steven Al-husseini of
RIGHT KEY REALTY

The foregoing instrument was sworn to and subscribed before me this _1st_ day of

_October_ , 20 _18_.

NOTARY PUBLIC

Notary Public, State of
Massachusetts

_Pinar Karaaslan_
Type, Stamp, or Print Name as
Commissioned

PINAR KARAASLAN
NOTARY PUBLIC
Commonwealth of Massachusetts
My Commission Expires
April 12, 2024

2

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

In re

Kathleen Guevin

                **Debtor**

**Chapter 7**
**Case No. 18-30765-MSH**

**DECLARATION RE: RELECTRONIC FILING**

PART I – DECLARATION OF PETITIONER

    I _____ STEVEN AL-HUSSEINI ___ *hereby declare(s) under penalty of perjury* that all of the information contained in my **AFFIDAVIT OF BROKER IN SUPPORT OF APPLICATION TO EMPLOY BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY** (singly or jointly the "Document"), filed electronically, is true and correct. I understand that this *DECLARATION* is to be filed with the Clerk of the Court electronically concurrently with the electronic filing of the Document. I understand that failure to file this *DECLARATION* may cause the Document to be struck and any request contained or relying thereon to be denied, without further notice.

    I further understand that pursuant to the Massachusetts Electronic Filing Local Rule (MEFLR)-7(a) all paper documents containing original signatures executed under the penalties of perjury and filed electronically with the Court are the property of the bankruptcy estate and shall be maintained by the authorized CM/ECF Registered User for a period of five (5) years after the closing of this case.

Dated: ___10/1/18___    Signed: _____
                             (Affiant)

3

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**WESTERN DIVISION**

| | |
|---|---|
| In re:<br><br>    **GUEVIN, KATHLEEN**<br><br><br>      **Debtor(s)** | **Chapter 7**<br>**Case No.:  18-30765-EDK** |

## <u>CERTIFICATE OF SERVICE</u>

      I, Steven Weiss, of Shatz Schwartz and Fentin, P.C., do hereby certify that on October 12, 2018, a copy of the foregoing Application to Employ Broker was mailed via electronic and/or first-class mail, postage pre-paid, to the following:

Kathleen Guevin
57 Bonair Ave.
West Springfield, MA  01089

Damien J. Martin
2341 Boston Road
Wilbraham, MA  01095

                                                         _____/S/ Steven Weiss_____
                                                        Steven Weiss, Esquire

Label Matrix for local noticing
0101-3
Case 18-30765
District of Massachusetts
Springfield
Fri Oct  5 15:07:11 EDT 2018

Springfield
U.S. Bankruptcy Court
300 State Street, Suite 220
Springfield, MA 01105-2925

Ally Financial
PO Box 380901
Bloomington, MN 55438-0901

CACH, LLC
c/o Resurgent Capital Services
P O Box 10675
Greenville, SC 29603-0675

City of West Springfield
Treasurers Office
26 Central Street
West Springfield, MA 01089-2781

Korde Associates
900 Chelmsford Street
Lowell, MA 01851-8102

U.S. Bank National Association as Trustee
425 Walnut Street
Cincinnati, OH 45202-3956

Damien J. Martin
PO Box 300
Hampden, MA 01036-0300

Kathleen Guevin
57 Bonair Ave
West Springfield, MA 01089-2953

Richard King
Office of the U. S. Trustee
446 Main Street
14th Floor
Worcester, MA 01608-2361

Steven Weiss
1441 Main Street
Suite 1100
Springfield, MA 01103-1450

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)GMAT Legal Title Trust 2013-1, U.S. Bank N

End of Label Matrix
Mailable recipients    10
Bypassed recipients     1
Total                  11