EXHIBIT A

| | |
|---|---|
| In re<br><br>Kathleen Guevin,<br><br>Debtor | Chapter 7<br>Case No. 18-30765-EDK |

## ORDER AUTHORIZING THE CHAPTER 7 TRUSTEE TO RETAIN BK GLOBAL REAL ESTATE SERVICES AND RIGHT KEY REALTY INC. TO PROCURE CONSENTED PUBLIC SALE PURSUANT TO 11 U.S.C. §§327, 328 AND 330 OF THE PROPERTY

Upon the Notice and Application of STEVEN WEISS, the trustee in the above-captioned case ("Trustee"), to *Retain BK Global Real Estate Services and Steven Al-Husseini to Procure Consented Public Sale pursuant to 11 U.S.C. § § 327, 328 and 330* ("Application") [Docket No. ], the Court having reviewed and considered the Notice, Application and the Affidavit of Disinterestedness and having found good and sufficient cause appearing therefor and the same to be in the best interest of Debtor and the creditors the Court hereby FINDS that:

A.   The Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(2).

B.   Venue of this Chapter 7 case and the Application is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

C.   Notice of the Application was sufficient under the circumstances.

Based upon the foregoing findings of fact, it is hereby

ORDERED, ADJUDGED, AND DECREED that:

1.   The Application is hereby GRANTED.

2.   Defined terms not otherwise defined herein have the meanings given to them in the Application and the Affidavit.

3.   The Trustee is authorized to retain and compensate BKRES and Listing Agent to procure Secured Creditor's Consent, and otherwise market and sell the Property, in Debtor's Chapter 7 case pursuant to Sections 327, 328(a) and 330 of the Bankruptcy Code, and Bankruptcy Rules 2014

and 2016, in accordance with the terms and conditions set forth in the BKRES Agreement, the Listing Agreement and this Order. BKRES and Listing Agent shall not split or otherwise share their fees with any other person or entity.

4.  BKRES and Listing Agent are disinterested persons within the meaning of Bankruptcy Code Section 101(14).

5.  BKRES and Listing Agent shall be compensated in accordance with the BKRES Agreement and Listing Agreement, respectively, with allowance of all fees and expenses subject to further order of this Court.

6.  Notice of the Application was adequate and proper.

7.  This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

*[signature]* 10/23/2018

ELIZABETH D. KATZ

Bankruptcy Judge