UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:                                                                              Chapter 7
Kathleen Guevin a/k/a                                                 Case No.: 18-30765
Kathleen Whitworth
    Debtor
_____/

**STIPULATED ORDER RE:  MOTION FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. SECTION 362**

Now come GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") and The Chapter 7 Trustee, and by and through their attorneys, stipulate and agree that it is ORDERED that the Motion of Creditor for Relief From Stay is allowed and Creditor is granted relief from the automatic stay pursuant to 11 U.S.C. §362(d) so that it, and its successors and assigns, may proceed to exercise its rights pursuant to the Note and Mortgage and applicable state and federal law regarding real property known and numbered as 57 Bonair Avenue, West Springfield, MA 01089.  The effective date of this order shall be stayed until February 18, 2019.  The provisions of FRBP 4001(a)(3) are waived.

    At _____ this _____ day of _____, 2019.

                                                  _____
                                                U.S. BANKRUPTCY JUDGE

| Creditor | The Chapter 7 Trustee |
|---|---|
| By its attorneys, | By his attorney, |
| /s/ Joseph M. Dolben | /s/ Steven Weiss |
| Joseph M. Dolben, Esq. 673113 | Steven Weiss |
| Marinosci Law Group, P.C. | Shatz, Schwartz & Fentin, P.C. |
| 275 West Natick Road, Suite 500 | 1441 Main Street, Suite 1100 |
| Warwick, RI 02886 | Springfield, MA 01103 |
| Telephone:  (401) 234-9200 | Telephone:  (413) 737-1131 |
| jdolben@mlg-defaultlaw.com | sweiss@ssfpc.com |