UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

| | |
|---|---|
| In re: | Chapter 7 |
| Kathleen Guevin a/k/a | Case No.: 18-30765 |
| Kathleen Whitworth | |
|     Debtor | |
| _____/ | |

## JOINT MOTION TO APPROVE STIPULATED ORDER

      Now come GMAT Legal Title Trust 2013-1, U.S. Bank National Association, as Legal Title Trustee (together with its predecessors, successors, affiliates, principals, and assigns "Creditor") and the Chapter 7 Trustee and, by and through their attorneys, jointly move that the Court approve the attached stipulation and request that the hearing of January 17, 2019 be cancelled.

| | |
|---|---|
| Creditor | The Chapter 7 Trustee |
| By its attorneys, | By his attorney, |
| | |
| /s/ Joseph M. Dolben | /s/ Steven Weiss |
| Joseph M. Dolben, Esq. 673113 | Steven Weiss |
| Marinosci Law Group, P.C. | Shatz, Schwartz & Fentin, P.C. |
| 275 West Natick Road, Suite 500 | 1441 Main Street, Suite 1100 |
| Warwick, RI 02886 | Springfield, MA 01103 |
| Telephone: (401) 234-9200 | Telephone: (413) 737-1131 |
| jdolben@mlg-defaultlaw.com | sweiss@ssfpc.com |

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS (SPRINGFIELD)

In re:                                                                  Chapter 7
Kathleen Guevin a/k/a                                    Case No.: 18-30765
Kathleen Whitworth
    Debtor
_____/

### CERTIFICATE OF SERVICE

    I, Joseph M. Dolben, Esq. of Marinosci Law Group, P.C., do hereby certify that on January 15, 2019, I served a copy of the Stipulation and Joint Motion to Approve on the attached service list by mailing a copy of same by first class mail, postage prepaid or other method specified on service list.

    Signed this 15th day of January 2019.

                                                           /s/ Joseph M. Dolben _____
                                                           Joseph M. Dolben, Esq., BBO#673113
                                                           Marinosci Law Group, P.C.
                                                          275 West Natick Road, Suite 500
                                                          Warwick, RI 02886
                                                          Telephone: (401) 234-9200

VIA ECF
Damien J. Martin, Esq., on behalf of Debtor
Richard King, on behalf of the U.S. Trustee
Steven Weiss, on behalf of the Trustee

VIA US MAIL
Kathleen Guevin
57 Bonair Avenue
West Springfield, MA 01089